IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BRAL CORPORATION**, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No.  07 C 7029** |
| | ) | |
| vs. | ) | |
| | ) | |
| **CMN COMPONENTS, INC.**, | ) | Jury Demanded |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF FILING

Please take notice that on January 17, 2008, we caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division the return of service of process on Defendant, a copy of which is herewith served upon you.

                                                   **BRAL CORPORATION**

                                                   By:  /s/ Richard P. Darke
                                                         One of its Attorneys

Richard P. Darke (ARDC #6255810)
rpdarke@duanemorris.com
Duane Morris LLP
227 West Monroe St., Suite 3400
Chicago, IL 60606
(312) 499-6700
(312) 499-6701 (fax)

      and

Mark A. Phillips (0047347)
mphillips@bfca.com
Tamara L. Karel (0078942)
tkarel@bfca.com
BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP
2300 BP Tower, 200 Public Square
Cleveland, Ohio  44114
(216) 363-4500
(216) 363-4588 (fax)

2

## CERTIFICATE OF SERVICE

     I, Richard P. Darke, an attorney, certify that on January 17, 2008, I caused the foregoing document to be electronically filed with the Clerk of the Court, using the Court's CM/ECF system. Parties may access this filing through the Court's system.

     I further certify that on this date, I caused the foregoing document to be served via U.S. Mail, postage prepaid upon:

CMN Components Inc.
c/o Registered Agent, Christine M. Nazimek
2130 Spencer Road
New Lenox, Illinois  60451

     /s/ Richard P. Darke

     Richard P. Darke (ARDC #6255810)
     rpdarke@duanemorris.com
     Duane Morris LLP
     227 West Monroe St., Suite 3400
     Chicago, IL 60606
     (312) 499-6700
     (312) 499-6701 (fax)

     and

     Mark A. Phillips (0047347)
     mphillips@bfca.com
     Tamara L. Karel (0078942)
     tkarel@bfca.com
     BENESCH, FRIEDLANDER,
       COPLAN & ARONOFF LLP
     2300 BP Tower
     200 Public Square
     Cleveland, Ohio  44114
     (216) 363-4500
     (216) 363-4588 (fax)

     *Counsel for Plaintiff, Bral Corporation*