```
CASE NUMBER. 016 2007-C -007029 #, 001          WILL COUNTY SHERIFF'S OFFICE
-------------------------------------           =========== ATTORNEY ==============
                                                RICHARD P DARKE
BRAS CORPORATION                                DUANE MORRIS LLP
    -VS-                                        227 W MONROE ST SUITE 3400
CMN COMPONENTS, INC                             CHICAGO, IL 60606        DEC  2007

============ DESCRIPTION ============           ========= ATTEMPTED SERVICES =========
                                                  DATE          TIME         BADGE #
SUMMONS & COMPLAINT
                                                  1-7-08        9:34         350
ISSUED: 12/20/07     EXPIRES:  1/17/08
FEES:    47.00       EVC/DEP:

======== PERSON TO BE SERVED =========

CMN COMPONENTS INC. C/O RA CHRISTINE M NOTES:
2130 SPENCER ROAD
NEW LENOX, IL 60451                                             3-5-66
```

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ✓  PERSONAL SERVICE: BY LEAVING A COPY OF THE  ✓ SUMM/COMP ___CITATION
       ___RULE ___ORDER ___SUBPEONA ___NOTICE ___JUDGEMENT
       ___SUMMONS/PETITION FOR ORDER OF PROTECTION ___ORDER OF PROTECTION.
       ___CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___SUMM/COMP ___CITATION
        ___NOTICE ___JUDGEMENT ___ORDER OF POSSESSION AT THE USUAL PLACE OF
        ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
        SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO
        THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C) ___ SERVICE ON: ___CORPORATION ___COMPANY ___BUSINESS by leaving a
        COPY OF THE ___SUMM/COMP ___CITATION ___RULE ___ORDER ___NOTICE
        ___JUDGEMENT ___SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
        OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___CERTIFIED MAIL ___POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED:
        ___MOVED        ___NOT LISTED        ___RETURNED BY ATTY.  ___EXPIRED
        ___NO CONTACT   ___NO SUCH ADDRESS   ___DECEASED           ___OTHER REASON

PERSON TO BE SERVED: CMN COMPONENTS INC C/O R/A CHRISTINE

SERVING ADDRESS: 2130 SPENCER ROAD NEW LENOX, IL

WRIT SERVED ON: CHRISTINE NAZIMEK            RELATIONSHIP: REG AGENT
                SEX F (M/F)   RACE W    DOB 3-5-66  41

THIS 8TH DAY OF JAN   20 08   TIME 10:26 HOURS

PAUL J. KAUPAS, SHERIFF, BY _____ DEPUTY # 00-350

REMARKS: _____

AML73541034

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

BRAL CORPORATION,

    Plaintiff,

V.

CMN COMPONENTS, INC.,

    Defendants.

CASE NUMBER: 07 C 7029

ASSIGNED JUDGE: Gettleman

DESIGNATED MAGISTRATE JUDGE: Denlow

TO: (Name and address of Defendant)

CMN COMPONENTS INC.
c/o Registered Agent, Christine M. Nazimek
2130 Spencer Road
New Lenox, Illinois 60451

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard P. Darke
Duane Morris LLP
227 West Monroe Street
Suite 3400
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

*(signature)*

(By) DEPUTY CLERK

December 17, 2007

Date