## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BRAL CORPORATION, an Ohio corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.  07 C 7029 |
| CMN COMPONENTS, INC., an Illinois corporation, | ) ) ) | Judge Gettleman |
| | ) | Magistrate Judge Denlow |
| Defendant. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 28, 2008, I served a true and correct copy of the Appearance of James R. Dashiell on behalf of the Defendant, CMN Components, Inc., on counsel for the Plaintiff by Electronic Case Filing (ECF).

_____/s/James R. Dashiell_____