# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| BRAL CORPORATION, an Ohio corporation, ) ) ) Plaintiff, ) ) v. ) ) CMN COMPONENTS, Inc., an Illinois ) corporation, ) ) Defendant. ) | No. 07 C 7029<br><br>Judge Gettleman<br><br>Magistrate Judge Denlow |

## DEFENDANT'S LOCAL RULE 3.2 DISCLOSURE

Defendant, CMN Components, Inc., has no publicly owned affiliates within the meaning of Local Rule 3.2.

               CMN COMPONENTS, Inc.

               _____/s/ James R. Dashiell_____
               One of its attorneys

## CERTIFICATE OF SERVICE

I hereby certify that, on January 28, 2008, I served a true and correct copy of the pleadings identified above upon the above listed attorneys by Electronic Case Filing (ECF).

James R. Dashiell  (6182044)      /s/James R. Dashiell_____
Dashiell Law Offices, LLC
Attorneys for the Defendant
10 S. LaSalle St., Suite 3500
Chicago, IL 60603
312-920-9118