# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| BRAL CORPORATION, an Ohio corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07 C 7029 |
| CMN COMPONENTS, Inc., an Illinois corporation, | ) ) ) | Judge Gettleman |
| | ) | Magistrate Judge Denlow |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF MOTION

TO:     Richard P. Darke
        Duane Morris
        227 West Monroe St., Suite 3400
        Chicago, IL 60606

PLEASE TAKE NOTICE that on January 31, 2008, at 9:15 A.M., the undersigned will appear before the Honorable Judge Gettleman in Courtroom 1703 of the Dirksen Building, 219 S. Dearborn St, Chicago, IL 60604 and then and there present **Defendant's Motion for Extension of Time to Answer or Otherwise Plead**.

                                CMN COMPONENTS, Inc.


                                _____/s/ James R. Dashiell_____
                                One of its attorneys

## CERTIFICATE OF SERVICE

I hereby certify that, on January 28, 2008, I served a true and correct copy of the pleadings identified above upon the above listed attorneys by Electronic Case Filing (ECF).

/s/James R. Dashiell

James R. Dashiell
Dashiell Law Offices, LLC
Attorneys for the Defendant
10 S. LaSalle St., Suite 3500
Chicago, IL 60603
312-920-9118
6182044