### IN THE UNITED STATES DISTRICT COURT FOR
### THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BRAL CORPORATION, an Ohio corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07 C 7029 |
| CMN COMPONENTS, Inc., an Illinois corporation, | ) ) ) | Judge Gettleman |
| | ) | Magistrate Judge Denlow |
| Defendant. | ) | |

### **DEFENDANT'S MOTIONS TO DISMISS UNDER RULES 12(b)(1), (6) AND (7)**

Pursuant to Rule 19(g), Defendant, CMN Components, Inc., joins the following motions to dismiss and hereby moves as follows:

1. Pursuant to Rule 12(b)(1), for a dismissal of this cause for lack of subject matter jurisdiction;

2. Pursuant to Rule 12(b)(7), for a dismissal of this cause for failure to join a party indispensable to the case under Rule 19;

3. Pursuant to Rule 12(b)(6), for a dismissal of this cause for failure to state a claim for which relief can be granted; and

4. For such other relief as this Court deems appropriate.

In further support of its motion to dismiss, Plaintiff incorporates herein by reference its supporting memorandum, which is filed herewith.

                          Respectfully submitted,

                          CMN COMPONENTS, Inc.

                          By: _/s/James R. Dashiell_____
                                  One of its attorneys

James R. Dashiell
Dashiell Law Offices, LLC
Attorneys for the Defendant
10 S. LaSalle St., Suite 3500
Chicago, IL 60603
312-920-9118
6182044