IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRAL CORPORATION, an Ohio corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07 C 7029 |
| CMN COMPONENTS, Inc., an Illinois corporation, | ) ) ) | Judge Gettleman |
| | ) | Magistrate Judge Denlow |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF MOTION**

TO:   Richard P. Darke
   Duane Morris
   227 West Monroe St., Suite 3400
   Chicago, IL 60606

PLEASE TAKE NOTICE that on February 28, 2008, at 9:15 A.M., the undersigned will appear before the Honorable Judge Gettleman in Courtroom 1703 of the Dirksen Building, 219 S. Dearborn St, Chicago, IL 60604 and then and there present **Defendant's Motion to Dismiss Under Rules 12(b)(1)(6) and (7)**.

CMN COMPONENTS, Inc.

_____/s/ James R. Dashiell_____
One of its attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 22, 2008, I served a true and correct copy of the **Defendant's Notice of Motion, Defendant's Motion to Dismiss Under Rules 12(b)(1)(6) and (7)** and **Defendant's Memorandum in Support of Its Motion to Dismiss Under Rules 12(b)(1)(6) and (7)** upon the above listed attorneys by Electronic Case Filing (ECF).

/s/James R. Dashiell

James R. Dashiell
Dashiell Law Offices, LLC
Attorneys for the Defendant
10 S. LaSalle St., Suite 3500
Chicago, IL 60603
312-920-9118
6182044