**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **BRAL CORPORATION**, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No.  07 C 7029** |
| | ) | |
| vs. | ) | |
| | ) | |
| **CMN COMPONENTS, INC.**, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that effective March 31, 2008, the Chicago office of Duane Morris LLP will relocate to:  190 South LaSalle Street, Suite 3700, Chicago, Illinois 60603.

**Effective March 31, 2008**, please direct all mailings, correspondence, and service of documents in this matter to:

> Richard P. Darke
> Duane Morris LLP
> 190 South LaSalle Street – Suite 3700
> Chicago, Illinois 60603

The telephone number (312-499-6700) and facsimile number (312-499-6701) remain the same.

The direct dial number (312-499-6743) and e-mail address (rpdarke@duanemorris.com) of the above-attorney also remain the same.

> **BRAL CORPORATION**
>
> By:  /s/ Richard P. Darke
>       One of its Attorneys

DM1\1309788.1

2

Richard P. Darke (ARDC #6255810)
rpdarke@duanemorris.com
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603
(312) 499-6700
(312) 499-6701 (fax)

    and

Mark A. Phillips (0047347)
mphillips@bfca.com
Tamara L. Karel (0078942)
tkarel@bfca.com
BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, Ohio  44114
(216) 363-4500
(216) 363-4588 (fax)

## CERTIFICATE OF FILING/SERVICE

I, Richard P. Darke, an attorney, certify that on March 20, 2008, I caused the foregoing document to be electronically filed with the Clerk of the Court, using the Court's CM/ECF system, which will send notice of the filing to the following CM/ECF participants:

James R. Dashiell
Dashiell Law Offices LLC
10 S. LaSalle St. – Suite 3500
Chicago, IL 60603
312-920-9118
jdashiell@dashielllaw.com

/s/ Richard P. Darke
Richard P. Darke (ARDC #6255810)
rpdarke@duanemorris.com
Duane Morris LLP
190 S. LaSalle St. – Suite 3700
Chicago, IL 60606
(312) 499-6700
(312) 499-6701 (fax)

and

Mark A. Phillips (0047347)
mphillips@bfca.com
Tamara L. Karel (0078942)
tkarel@bfca.com
BENESCH, FRIEDLANDER,
   COPLAN & ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, Ohio  44114
(216) 363-4500
(216) 363-4588 (fax)

*Counsel for Plaintiff, Bral Corporation*