## SUPPLEMENTAL AFFIDAVIT OF ANDREW K. FLETCHER

Andrew K. Fletcher, being first duly sworn, deposes and states as follows:

1.      I am executing this affidavit for the purpose of supplementing my affidavit of February 21, 2008.

2.      Johnstown and Bral continue to engage in negotiations regarding Bral's claim that Johnstown breached the Exclusive Agreement.  A mediation has been scheduled for April 11, 2008, to try to resolve that dispute.


_____
Andrew K. Fletcher


Subscribed to and sworn to before me

This 25th day of March , 2008


_____
Notary Public


My commission expires:_____

NOTARIAL SEAL
LAURIE A KOHL
Notary Public
CITY OF PITTSBURGH, ALLEGHENY COUNTY
My Commission Expires Sep 25, 2008