UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Bral Corporation
                            Plaintiff,

v.                                        Case No.: 1:07–cv–07029
                                             Honorable Robert W. Gettleman

CMN Components, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

       MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 6/10/2008. Discovery ordered closed 1/29/2009. Status hearing set for 1/29/2009 at 9:00 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.