## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Bral Corporation

                        Plaintiff,

v.                                          Case No.: 1:07–cv–07029
                                            Honorable Robert W. Gettleman

CMN Components, Inc.

                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

        Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of
Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings
related to: discovery supervision and settlement.(gds, ) Mailed notice.

Dated: June 12, 2008

                                            /s/ Robert W. Gettleman

                                            United States District Judge